UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVENS TRUCKING CO.,<br><br>        Plaintiff,<br><br> v.<br><br>AMAZON.COM SERVICES LLC, and AMAZON LOGISTICS, INC.,<br><br>        Defendants. | Case No. 2:22-cv-00582-JHC<br><br>**STIPULATED ORDER RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND TO COMPEL ARBITRATION** |

  Plaintiff Stevens Trucking Co. and Defendants Amazon.com Services LLC and Amazon Logistics, Inc. stipulate to the following extended briefing schedule related to Defendants' pending Motion to Dismiss and to Compel Arbitration (Dkt. # 48), which is noted on the Motion Calendar for July 1, 2022:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Response Brief | June 27, 2022 | July 11, 2022 |
| Defendants' Reply Brief | July 1, 2022 | July 29, 2022 |

  Counsel for the parties have conferred and believe an extension of each party's briefing deadline for Defendants' Motion to Dismiss and to Compel Arbitration is reasonable and necessary in light of Plaintiff's pending Motion for Expedited Rule 16 Conference (Dkt. # 50) and Defendants' opposition thereto (Dkt. # 52), which is also noted on the Motion Calendar for July 1, 2022. This stipulation is not submitted for purposes of delay, and no party will be prejudiced by the granting of these extensions. The parties therefore join in requesting that the Court grant the

STIPULATED ORDER EXTENDING BRIEFING
SCHEDULE
CASE NO. 22-cv-00582-JHC - 1

[Proposed] Order, and extend the briefing deadlines relating to Defendants' Motion to Dismiss and to Compel Arbitration, as set forth above.

DATE: June 23, 2022

### ORDER

Based upon the foregoing Stipulation, it is hereby ORDERED that the briefing schedule in connection with Defendants' pending Motion to Dismiss and to Compel Arbitration (Dkt. # 48) shall be extended such that Plaintiff's response brief shall be due July 11, 2022, and Defendants' reply brief shall be due July 29, 2022.

Dated this 23rd day of June, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE