UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVENS TRUCKING CO., | CASE NO. 2:22-cv-00582-JHC |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM SERVICES, LLC, | |
| Defendant. | |

Local Civil Rule 39.1(e) states that "the court may appoint a settlement judge who may conduct a settlement conference in such manner as that settlement judge may deem appropriate." Local Rules W.D. Wash. LCR 39.1(e).

The parties have informed the Court via email that they would consent to a judicial settlement conference. The Court concludes that this matter is appropriate for referral to a settlement judge pursuant to Local Civil Rule 39.1(e). Accordingly, the Court hereby APPOINTS the Honorable Michelle L. Peterson, United States Magistrate Judge for the Western District of Washington, to serve as settlement judge in this case. Counsel are directed to communicate with Magistrate Judge Peterson, through her chambers' staff, about the delivery

ORDER - 1

and length of settlement briefs, any other materials that should be provided, and the time, place, and format of the settlement conference.

At any settlement conference Magistrate Judge Peterson may hold, all parties are to be represented by counsel (including lead trial counsel) and by principals (and insurers, if applicable) having full authority to enter into a settlement agreement, and to change pre-existing settlement authority without consulting someone else who is not present. This requirement may be waived only by advance ruling of the settlement judge.

The parties are further ORDERED to inform the Court within three (3) days of the settlement conference whether this matter has been resolved. The Court DIRECTS the Clerk to provide Magistrate Judge Peterson a copy of this order.

Dated this 7th day of October, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2