UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVENS TRUCKING CO., | CASE NO. 2:22-cv-00582-JHC |
| Plaintiff, | ORDER |
| v. | |
| AMAZON.COM SERVICES, LLC, | |
| Defendant. | |

The Court appointed the Honorable Michelle L. Peterson, United States Magistrate Judge for the Western District of Washington, to serve as a settlement judge in this case. Dkt. # 63. A settlement conference was held on November 2, 2022. Dkt. # 65. The Court has been notified that the parties have reached a settlement in this matter. *See id*.

Accordingly, the Court ORDERS that this action and all claims asserted herein be DISMISSED with prejudice. In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within sixty (60) days of the date of this order. All case deadlines are hereby VACATED, and any pending motions are DENIED as moot.

Dated this 3rd day of November, 2022.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2